IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Schwaller Jr., Joseph P | Case Number: 05 B 27516 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 8/26/08 | Filed: 7/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 22, 2008
Confirmed: September 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 35,595.30 | |
| Secured: | | 0.00 |
| Unsecured: | | 32,460.53 |
| Priority: | | 0.00 |
| Administrative: | | 1,200.00 |
| Trustee Fee: | | 1,934.77 |
| Other Funds: | | 0.00 |
| Totals: | 35,595.30 | 35,595.30 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Joel A. Schechter, Esq. | Administrative | 1,200.00 | 1,200.00 |
| 2. | American Express Travel Relate | Unsecured | 2,018.85 | 2,018.85 |
| 3. | American Express Centurion | Unsecured | 1,691.87 | 1,691.87 |
| 4. | ECast Settlement Corp | Unsecured | 1,882.72 | 1,882.72 |
| 5. | American Express Travel Relate | Unsecured | 25.17 | 25.17 |
| 6. | ECast Settlement Corp | Unsecured | 3,273.04 | 3,273.04 |
| 7. | ECast Settlement Corp | Unsecured | 2,863.80 | 2,863.80 |
| 8. | ECast Settlement Corp | Unsecured | 5,084.50 | 5,084.50 |
| 9. | ECast Settlement Corp | Unsecured | 2,092.65 | 2,092.65 |
| 10. | Resurgent Capital Services | Unsecured | 1,386.81 | 1,386.81 |
| 11. | Resurgent Capital Services | Unsecured | 3,136.53 | 3,136.53 |
| 12. | Resurgent Capital Services | Unsecured | 1,009.27 | 1,009.27 |
| 13. | Resurgent Capital Services | Unsecured | 1,988.15 | 1,988.15 |
| 14. | Resurgent Capital Services | Unsecured | 548.61 | 548.61 |
| 15. | Resurgent Capital Services | Unsecured | 2,725.62 | 2,725.62 |
| 16. | Resurgent Capital Services | Unsecured | 2,732.94 | 2,732.94 |
| 17. | AAA Financial Services | Unsecured | | No Claim Filed |
| 18. | AAA Financial Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 33,660.53 | $ 33,660.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 528.64 |
| 5% | 192.26 |
| 4.8% | 276.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Schwaller Jr., Joseph P | Case Number:  05 B 27516 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  8/26/08 | Filed:  7/12/05 |

```
            5.4%              623.82
            6.5%              313.21
                           _____
                          $ 1,934.77
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                          Marilyn O. Marshall, Trustee, by:

                                          _____